UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ZHIPENG YIN, et al.

      Plaintiffs,

v.                                                                                    Case No. 1:24-cv-21129-JEM-EIS

MANNY DIAZ, in his official
capacity as Commissioner of
the Florida Department
of Education, et al.,

      Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

On April 29, 2024, Plaintiffs filed their motion for a preliminary injunction. DE20. Defendants expect those proceedings to move quickly and take considerable time and resources, in addition to the other numerous pending matters that are before the Florida Solicitor General's Office. Defendants therefore respectfully move for leave to file their response to the complaint by July 3, 2024.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Undersigned counsel has conferred with Plaintiffs' counsel by email regarding the relief sought in this motion. Plaintiffs' counsel does not oppose this request.

Respectfully submitted on May 23, 2024.

>ASHLEY MOODY
>*Attorney General*
>
>HENRY C. WHITAKER (FBN 1031175)
>  *Solicitor General*
>
>DANIEL W. BELL (FBN 1008587)
>  *Chief Deputy Solicitor General*
>
>/s/ *Robert S. Schenck*
>ROBERT S. SCHENCK (FBN 1044532)
>  *Assistant Solicitor General*
>
>OFFICE OF THE ATTORNEY GENERAL
>The Capitol, PL-01
>Tallahassee, FL 32399
>Phone: (850) 414-3300
>Facsimile: (850) 410-2672
>*henry.whitaker@myfloridalegal.com*
>*robert.schenck@myfloridalegal.com*
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on May 23, 2024, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General
