UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-21129-CIV-MARTINEZ

ZHIPENG YIN, et al.,

      Plaintiffs,

v.

MANNY DIAZ, in his official capacity as Commissioner of the Florida Department of Education, et al.,

      Defendants.
_____/

## ORDER STAYING DEFENDANTS' MOTION TO DISMISS AND REQUIRING SUPPLEMENTAL BRIEFING

**THIS MATTER** came before the Court on Defendants' Motion to Dismiss, (ECF No. 35), and the Court's order adopting Judge Sanchez's Report and Recommendation and granting Plaintiffs' Motion for a Preliminary Injunction in part, (ECF No. 53).

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

1. Each party shall file supplemental briefing of **five (5) pages or less** limited in scope to how, if at all, the Court's Order, (ECF No. 53), affects the arguments made about whether certain claims should be dismissed.

2. The parties' supplemental briefing shall be filed **on or before April 25, 2025**.

3. Defendants' Motion to Dismiss, (ECF No. 35), is **STAYED** until further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this 28 day of March, 2025.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record