**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ZHIPENG YIN, et al.,<br><br>    *Plaintiff*s,<br><br>    v.<br><br>MANNY DIAZ, in his official capacity as Commissioner of the Florida Department of Education, et al.,<br><br>    *Defendants*. | Case No. 1:24-cv-21129 |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendants Manny Diaz, Jr., in his official capacity as Commissioner of the Florida Department of Education and member of the Board of Governors of the State University System of Florida; Raymond Rodrigues, in his official capacity as Chancellor of the State University System of Florida; and Ashley Bell Barnett, Tim Cerio, Aubrey Edge, Edward Haddock, Jack Hitchcock, Ken Jones, Brian Lam, Alan Levine, Charles H. Lydecker, Craig Mateer, Jose Olivia, Amanda J. Phalin, and Eric Silgay, in their official capacities as members of the Board of Governors of the State University System of Florida, appeal to the United States Court of Appeals for the Eleventh Circuit this Court's Order on Report and Recommendation (ECF No. 53), in which this Court granted in part and denied in part Plaintiffs' Motion for a Preliminary Injunction (ECF No. 20).

|  |  |
|---|---|
| March 28, 2025 | Respectfully submitted,<br><br>JAMES UTHMEIER<br>  *Attorney General*<br><br>JEFFREY P. DESOUSA (FBN 110951)<br>  *Acting Solicitor General*<br><br>  */s/ Nathan A. Forrester*<br>NATHAN A. FORRESTER (FBN 1045107)<br>DAVID M. COSTELLO (FBN 1004952)<br>  *Chief Deputy Solicitors General*<br>ROBERT S. SCHENCK (FBN 1044532)<br>  *Assistant Solicitor General*<br><br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>nathan.forrester@myfloridalegal.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

                                         */s/ Nathan A. Forrester*
                                         Nathan A. Forrester